# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE GOVERNMENT OR THE<br>DEPARTMENT OF JUSTICE<br><br>　　　　Defendants. | 1:07-CV-00511-AWI-TAG HC<br><br>ORDER DIRECTING CLERK OF COURT TO<br>RE-DESIGNATE ACTION |

　　　　Plaintiff James E. Smith ("Plaintiff"), proceeding pro se, filed the instant action on March 30, 2007, alleging as his legal basis the All Writs Act, 28 U.S.C. § 1651.  The action was opened as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 .  The Court has reviewed the complaint filed by Plaintiff and finds it is not a petition for writ of habeas corpus.  Plaintiff does not at any point in the complaint challenge his sentence or conviction; indeed, his status as a state prisoner appears to be entirely incidental to the allegations in the complaint and the relief sought.

　　　　Since Plaintiff is not challenging his conviction or sentence, habeas relief is unavailable. Preiser v. Rodriguez, 411 U.S. 457, 485 (1973).  Instead, the complaint appears to be a general civil complaint by a prisoner.

　　　　Accordingly, IT IS HEREBY ORDERED that the instant action be REDESIGNATED as a general civil case filed by a prisoner proceeding pro se.

IT IS SO ORDERED.

Dated:  **May 22, 2007**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE