IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | Case No. 07-cv-0511-AWI-TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO OBEY THE COURT'S ORDER |
| vs. | |
| THE GOVERNMENT OR THE DEPARTMENT OF JUSTICE, | (Doc. 9) |
| Defendant. | |

Plaintiff James E. Smith ("Smith"), a prisoner proceeding pro se, filed a petition for a writ of habeas corpus, which was re-designated as a general civil complaint on May 23, 2007. (Docs. 1, 4). On June 11, 2007, the Magistrate Judge issued an order dismissing Smith's complaint without prejudice and granting him thirty (30) days to file an amended complaint. (Doc. 6). The order also required Smith to pay the $350 filing fee or submit an application to proceed in forma pauperis within thirty (30) days. (Id.).

On August 16, 2007, the Magistrate Judge filed findings and recommendations, recommending that this case be dismissed due to Smith's failure to comply with the June 11, 2007, court order. (Doc. 9). This document was served on Smith and contained notice that any objections were to be filed within fifteen (15) days of the date of service. (Id.). To date, Smith has not objected to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations filed on July 16, 2007, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. 9), filed August 16, 2007, are ADOPTED IN FULL;

2. Plaintiff's general civil action is DISMISSED WITH PREJUDICE for failure to comply with the Court's June 11, 2007, order (Doc. 6); and

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   September 14, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE